

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 12, 2026

By ECF
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Saavedra Pena et al v. Genalo, et al.*, No. 26-cv-1183 (JHR)

Dear Judge Rearden:

     This Office represents the government in the above-referenced habeas corpus action. I write respectfully to provide the Court with (1) the immigration judge's removal order issued in June 2017; (2) the February 2018 decision of the Board of Immigration Appeals ("BIA") denying the appeal of the removal order (which rendered the removal order final); and (3) the BIA's May 2021 decision denying a first motion to reopen.

     I thank the Court for its consideration of this submission.

     Respectfully submitted,

     JAY CLAYTON
     United States Attorney for the
     Southern District of New York

By:    */s/ Brandon M. Waterman*
     BRANDON M. WATERMAN
     Assistant United States Attorney
     Telephone: (212) 637-2743
     E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)