UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA YANETH SAAVEDRA
PENA et al.,

                            Petitioners,                    26 Civ. 1183 (JHR)

                -v.-                                        ORDER TO SHOW CAUSE

KENNETH GENALO et al.,

                            Respondents.

JENNIFER H. REARDEN, District Judge:

On February 12, 2026, Petitioners Magdalena Yaneth Saavedra Pena, Mateo Xavier Mancia Saavedra, and Camila Nicole Mancia Saavedra filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging their detention earlier that day by U.S. Immigrations and Customs Enforcement ("ICE").  *See* ECF No. 1 (Pet.) (the "Petition"); ECF No. 2 at 2.  On May 8, 2026, in response to an Order from the Court, Respondents filed a letter informing the Court that ICE had "released Petitioners from custody on an order of supervision on April 15, 2026."  ECF No. 25.  In their letter, Respondents contended that, "[g]iven [Petitioners'] release . . . this habeas action is moot."  *Id.* (citing to *Leybinsky v. ICE*, 553 F. App'x 108 (2d Cir. 2014)).  On May 11, 2026, the Court directed Petitioners to respond to Respondents' letter by May 15, 2026.  ECF No. 26.  Petitioners have not filed a response or otherwise communicated with the Court.

Petitioners are hereby ORDERED to show cause by **June 1, 2026** why the Petition should not be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  *See Ikpemgbe v. New York*, No. 18 Civ. 1027 (AT) (DCF), 2021 WL 4198409, at *1 (S.D.N.Y. Sept. 15, 2021) ("A habeas petitioner, like any plaintiff in a civil case, has a general obligation to prosecute his case diligently, and, if he fails to do so, the Court may

dismiss the action under Rule 41(b) for failure to prosecute."); *Sumpter v. Sears*, No. 09 Civ. 689 (KAM), 2012 WL 95214, at *3 (E.D.N.Y. Jan. 12, 2012) (dismissing habeas petition "under Federal Rule of Civil Procedure 41(b) for petitioner's failure to prosecute and comply with the court's orders"). Petitioners may satisfy this Order by filing a response to the Court's May 11, 2026 Order.

**Petitioners are warned that failure to show cause as required herein will result in dismissal without prejudice of the Petition without further notice pursuant to Rule 41 of the Federal Rules of Civil Procedure.**

SO ORDERED.

Dated: May 22, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2