UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA Y ANETH SAAVEDRA PENA, ET AL.,

Petitioners,

-against-

KENNETH GENALO, ET AL.,

Respondents.

26 CIVIL 1183 (JHR)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 15, 2026, this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure.

**Dated:**    New York, New York
June 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**